1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   MIRANDA KANE (CABN 150630)
3  Chief, Criminal Division

4  DEBORAH R. DOUGLAS (NYBN 2099372)          <mark>ECF SOLANAGE GE</mark>
   Assistant United States Attorney
5
      450 Golden Gate Avenue
6     San Francisco, California 94102
      Telephone: (415) 436-7200
7     Facsimile: (415) 436-7234
      E-Mail: deborah.r.douglas@usdoj.gov
8
   Attorneys for Plaintiff
9
                  UNITED STATES DISTRICT COURT
10
                  NORTHERN DISTRICT OF CALIFORNIA
11
                         OAKLAND DIVISION
12
   UNITED STATES OF AMERICA,          )    No. CR 08-477-1 DLJ
13                                     )    No. CR 08-477-2 DLJ
             Plaintiff,                )    No. CR 08-477-3 DLJ
14                                     )
          v.                           )    STIPULATION AND     []
15                                     )    RESTITUTION ORDER FOR INDIVIDUAL
   EDITH NELSON,                       )    VICTIMS OF MORTGAGE LOAN FRAUD
16 RONALD NELSON, and                  )
   NELDA ASUNCION,                     )
17                                     )
             Defendants.               )
18 _____    )

19
20        Plaintiff United States of America, by and through its attorney of record, and defendants

21 Edith Nelson, Ronald Nelson, and Nelda Asuncion, by and through their respective attorneys of

   record, hereby stipulate as follows:
22
23        1.     On February 3, 2012, defendant Edith Nelson pled guilty to Conspiracy to Commit

24 Bank Fraud and Wire Fraud, in violation of 18 U.S.C. § 1349; Monetary Transactions Using

   Criminally Derived Property, in violation of 18 U.S.C. § 1957(a); Income Tax Evasion, in violation
25
   of 26 U.S.C. § 7201; and Harboring of an Illegal Alien, in violation of 8 U.S.C. § 1324(a)(1)(A)(iii).
26
   On that same date, February 3, 2012, defendant Ronald Nelson pled guilty to Conspiracy to Commit
27
28 Bank Fraud and Wire Fraud, in violation of 18 U.S.C. § 1349; Income Tax Evasion, in violation of

   26 U.S.C. § 7201; and Harboring of an Illegal Alien, in violation of 8 U.S.C. § 1324(a)(1)(A)(iii).

Also on February 3, 2012, defendant Nelda Asuncion pled guilty to Conspiracy to Commit Bank Fraud and Wire Fraud, in violation of 18 U.S.C. § 1349; and Monetary Transactions Using Criminally Derived Property, in violation of 18 U.S.C. § 1957(a).

2. On May 10, 2012, this Court sentenced defendants Edith Nelson, Ronald Nelson, and Nelda Asuncion pursuant to their plea agreements under Rule 11(c)(1)(C) of the Federal Rules of Criminal Procedure.

A. As part of their plea agreements, defendants Edith Nelson and Ronald Nelson agreed to pay restitution in the total amount of $5,223,476.90 (plus interest and penalties on the restitution owed for income tax evasion) as follows:

(1) $3,384,368.54 for mortgage loan fraud;

(2) $292,862 plus interest and penalties for income tax evasion; and

(3) $1,546,246.40 for the back wages of employees and former employees, as determined by the U.S. Department of Labor.

B. As part of her plea agreement, defendant Nelda Asuncion agreed to pay restitution in the total amount of $2,838,868.54 for mortgage loan fraud.

3. The agreed upon restitution involved victims which are financial institutions and government entities, such as the Federal Deposit Insurance Corporation and the Internal Revenue Service, as well as individual victims. The government previously provided the defendants with charts setting forth, *inter alia*, the names of the victims and the restitution owed to each of them. The government represents that it has provided the addresses for payment of restitution to the U.S. Office of Probation.

4. At the sentencing proceeding, this Court granted the United States' request that the respective judgments indicate that the individual victims have priority for payment of restitution over the lending institutions and government entities pursuant to 18 U.S.C. § 3664(i). This Court directed that the parties submit stipulations and proposed orders setting forth the order of priority for payment of restitution and the amount of restitution owed to each victim, as the parties had agreed in entering into the respective plea agreements. With respect to defendants Edith Nelson and Ronald Nelson, this Court directed that stipulations and proposed orders for the payment of

1    restitution be submitted as follows: (1) individual victims of mortgage loan fraud; (2) forty-nine

2    individual victims who are owed back wages; (3) financial institutions who are victims of mortgage

3    loan fraud; and (4) Internal Revenue Service for payment of taxes owed. With respect to defendant

4    Nelda Asuncion, this Court directed that stipulations and proposed orders for the payment of

5    restitution be submitted as follows: (1) individual victims of mortgage loan fraud; and (2) financial

6    institutions who are victims of mortgage loan fraud.

7         5.    The government and defendants Edith Nelson and Ronald Nelson agree that, if the

8    defendants make partial payments, the individual victims of mortgage loan fraud as well as the

9    individual victims who are owed back wages shall receive approximately proportional payments

10   until full restitution is paid to all of the individual victims. After all of the individual victims are

11   paid restitution in full, the financial institutions who are victims of mortgage loan fraud shall receive

12   approximately proportional payments of restitution until full restitution is paid to those financial

13   institutions. After all of the financial institution victims are paid restitution in full, the Federal

14   Deposit Insurance Corporation ("FDIC"), a quasi-governmental entity, shall receive all restitution

15   payments until the FDIC is paid in full. After the FDIC is paid full restitution, the Internal Revenue

16   Service ("IRS") shall receive all remaining payments until full restitution is made to the IRS,

17   including interest and penalties on the taxes owed.

18        6.    The government and defendant Nelda Asuncion agree that, if the defendant makes

19   partial restitution payments, the individual victims of mortgage loan fraud (to whom she is jointly

20   and severally liable with defendants Edith Nelson and Ronald Nelson for payment of restitution)

21   shall receive approximately proportional payments until full restitution is paid to those victims.

22   After those individual victims are paid restitution in full, defendant Nelda Asuncion's restitution

23   payments shall be made to the financial institutions (to which she is jointly and severally liable with

24   defendants Edith Nelson and Ronald Nelson) in approximately proportional payments until full

25   restitution is paid to those financial institutions.

26        7.    The parties agree that defendants Edith Nelson, Ronald Nelson, and Nelda Asuncion

27   shall pay, jointly and severally, restitution owed to the individual victims of mortgage loan fraud

28   listed below in the specified amounts, totaling $1,014,147.26.

| Item No. | Defendants (Jointly & Severally Liable) | Joint & Several Restitution | Name of Victims |
|---|---|---|---|
| 1 | Edith Nelson, Ronald Nelson, & Nelda Asuncion | $ 581,888.70 | Robert Cueva |
| 2 | Edith Nelson, Ronald Nelson, & Nelda Asuncion | $  32,258.56 | Cynthia Dinglasan and Redentor Dinglasan |
| 3 | Edith Nelson, Ronald Nelson, & Nelda Asuncion | $ 400,000.00 | Alicia Ferrer |
|  | **Total Restitution** | $1,014,147.26 |  |

8.     The restitution amounts owed by defendants Edith Nelson, Ronald Nelson, and Nelda Asuncion to the financial institutions which are victims of mortgage loan fraud are set forth in a separate stipulation and order.  The restitution owed by defendants Edith Nelson and Ronald Nelson to Dennis Duncan and Shawna Duncan, who are individual victims of mortgage loan fraud, is also set forth in a separate stipulation and order.

IT IS SO STIPULATED.

Dated: June 20, 2012                    Respectfully submitted,

                                        MELINDA HAAG
                                        United States Attorney

                                        _____/s/_____
                                        DEBORAH R. DOUGLAS
                                        Assistant United States Attorney

Dated: June 20, 2012                    _____/s/_____
                                        JOYCE LEAVITT
                                        Assistant Federal Public Defender
                                        Attorney for Defendant Edith Nelson

Dated: June 15, 2012                    _____/s/_____
                                        GILBERT EISENBERG
                                        Attorney for Defendant Ronald Nelson

Dated: June 19, 2012                    _____/s/_____
                                        DEBORAH G. LEVINE
                                        Attorney for Defendant Nelda Asuncion

<u>ORDER</u>

Based upon the parties' stipulation and plea agreements, IT IS HEREBY ORDERED that defendants Edith Nelson, Ronald Nelson, and Nelda Asuncion shall pay, jointly and severally, restitution owed to the individual victims of mortgage loan fraud listed in the stipulation in the specified amounts, totaling $1,014,147.26.

IT IS FURTHER ORDERED that the Clerk's Office shall not disclose the addresses of the individuals victims to the defendants or the public.

IT IS SO ORDERED.

Dated: June ____, 2012

_____
HONORABLE D. LOWELL JENSEN
SENIOR UNITED STATES DISTRICT JUDGE