| | |
|---|---|
| 1 | MELINDA HAAG (CABN 132612)<br>United States Attorney |
| 2 | |
| 3 | MIRANDA KANE (CABN 150630)<br>Chief, Criminal Division |
| 4 | DEBORAH R. DOUGLAS (NYBN 2099372)<br>Assistant United States Attorney |

MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

DEBORAH R. DOUGLAS (NYBN 2099372)
Assistant United States Attorney

    450 Golden Gate Avenue
    San Francisco, California 94102
    Telephone: (415) 436-7200
    Facsimile: (415) 436-7234
    E-Mail: deborah.r.douglas@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br>    v.<br>EDITH NELSON, and<br>RONALD NELSON,<br>    Defendants. | No. CR 08-477-1 DLJ<br>No. CR 08-477-2 DLJ<br><br>STIPULATION AND []<br>RESTITUTION ORDER FOR INDIVIDUAL<br>VICTIMS OF MORTGAGE LOAN FRAUD |

    Plaintiff United States of America, by and through its attorney of record, and defendants Edith Nelson and Ronald Nelson, by and through their respective attorneys of record, hereby stipulate as follows:

    1.    On February 3, 2012, defendant Edith Nelson pled guilty to Conspiracy to Commit Bank Fraud and Wire Fraud, in violation of 18 U.S.C. § 1349; Monetary Transactions Using Criminally Derived Property, in violation of 18 U.S.C. § 1957(a); Income Tax Evasion, in violation of 26 U.S.C. § 7201; and Harboring of an Illegal Alien, in violation of 8 U.S.C. § 1324(a)(1)(A)(iii). Also on February 3, 2012, defendant Ronald Nelson pled guilty to Conspiracy to Commit Bank Fraud and Wire Fraud, in violation of 18 U.S.C. § 1349; Income Tax Evasion, in violation of 26 U.S.C. § 7201; and Harboring of an Illegal Alien, in violation of 8 U.S.C. § 1324(a)(1)(A)(iii).

*United States v. Edith Nelson et al.,*
CR 08-477 DLJ

2. On May 10, 2012, this Court sentenced defendants Edith Nelson and Ronald Nelson pursuant to their plea agreements under Rule 11(c)(1)(C) of the Federal Rules of Criminal Procedure. As part of their plea agreements, defendants Edith Nelson and Ronald Nelson agreed to pay restitution in the total amount of $5,223,476.90 (plus interest and penalties on the restitution owed for income tax evasion) as follows:

  A. $3,384,368.54 for mortgage loan fraud;

  B. $292,862 plus interest and penalties for income tax evasion; and

  C. $1,546,246.40 for the back wages of employees and former employees, as determined by the U.S. Department of Labor.

3. The agreed upon restitution involved victims which are financial institutions and government entities, such as the Federal Deposit Insurance Corporation and the Internal Revenue Service, as well as individual victims. The government previously provided the defendants with charts setting forth, *inter alia*, the names of the victims and the restitution owed to each of them. The government represents that it has provided the addresses for payment of restitution to the U.S. Office of Probation.

4. At the sentencing proceeding, this Court granted the United States' request that the respective judgments indicate that the individual victims have priority for payment of restitution over the lending institutions and government entities pursuant to 18 U.S.C. § 3664(i). This Court directed that the parties submit stipulations and proposed orders setting forth the order of priority for payment of restitution and the amount of restitution owed to each victim, as the parties had agreed in entering into the respective plea agreements. With respect to defendants Edith Nelson and Ronald Nelson, this Court directed that stipulations and proposed orders for the payment of restitution be submitted regarding: (1) individual victims of mortgage loan fraud; (2) forty-nine individual victims who are owed back wages; (3) financial institutions who are victims of mortgage loan fraud; and (4) Internal Revenue Service for payment of taxes owed.

5. The parties agree that, if the defendants make partial payments, the individual victims of mortgage loan fraud as well as the individual victims who are owed back wages shall receive approximately proportional payments until full restitution is paid to all of the individual

victims. After all of the individual victims are paid restitution in full, the financial institutions who are victims of mortgage loan fraud shall receive approximately proportional payments of restitution until full restitution is paid to those financial institutions. After all of the financial institution victims are paid restitution in full, the Federal Deposit Insurance Corporation ("FDIC"), a quasi-governmental entity, shall receive all restitution payments until the FDIC is paid in full. After the FDIC is paid full restitution, the Internal Revenue Service ("IRS") shall receive all remaining payments until full restitution is made to the IRS, including interest and penalties on the taxes owed.

6. The parties agree that defendants Edith Nelson and Ronald Nelson shall pay, jointly and severally, restitution owed to the individual victims of mortgage loan fraud listed below in the total amount of $227,000.

| Defendants (Jointly & Severally Liable) | Joint & Several Restitution | Name of Victims |
|---|---|---|
| Edith Nelson and Ronald Nelson | $ 227,000 | Dennis Duncan and Shawna Duncan |

7. The restitution amounts owed by defendants Edith Nelson and Ronald Nelson to the financial institutions and other individual victims of mortgage loan fraud are set forth in separate stipulations and orders.

IT IS SO STIPULATED.

Dated: June 20, 2012

Respectfully submitted,

MELINDA HAAG
United States Attorney

　　　　　／s／　　　　　
DEBORAH R. DOUGLAS
Assistant United States Attorney

| | | |
|---|---|---|
| 1 | Dated: June 20, 2012 | _____/s/_____<br>JOYCE LEAVITT |
| 2 | | Assistant Federal Public Defender |
| 3 | | Attorney for Defendant Edith Nelson |
| 4 | Dated: June 15, 2012 | _____/s/_____<br>GILBERT EISENBERG |
| 5 | | Attorney for Defendant Ronald Nelson |

## ORDER

Based upon the parties' stipulation and plea agreements, IT IS HEREBY ORDERED that defendants Edith Nelson and Ronald Nelson shall pay, jointly and severally, restitution owed to the individual victims of mortgage loan fraud listed in the stipulation in the total amount of $227,000.

IT IS FURTHER ORDERED that the Clerk's Office shall not disclose the addresses of the individuals victims to the defendants or the public.

IT IS SO ORDERED.

Dated: June __, 2012 _____

HONORABLE D. LOWELL JENSEN
SENIOR UNITED STATES DISTRICT JUDGE